UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QIANG WENG, *on his own behalf and on behalf of others similarly situated*,<br><br>                           Plaintiff,<br><br>                -v.-<br><br>HUNGRYPANDA US, INC. D/B/A HungryPanda, JIAWEI SUN, and KELU LIU,<br><br>                           Defendants. | 19 Civ. 11882 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    Plaintiff has filed a motion for conditional collective certification.  (Dkt. #22-24).  Defendants are hereby ORDERED to respond on or before **July 10, 2020**.  Plaintiff may file a reply on or before **July 17, 2020**.

    SO ORDERED.

Dated:  June 22, 2020
          New York, New York

                                           KATHERINE POLK FAILLA
                                           United States District Judge