**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
QIANG WENG, on his own behalf and on behalf
of others similarly situated,

Plaintiff,

-against-                                                            19 **CIVIL** 11882 (KPF)

<strong><u>JUDGMENT</u></strong>

HUNGRYPANDA US, INC., d/b/a HungryPanda,
JIAWEI SUN, and KELU LIU,

Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated January 31, 2022, Defendants' motion for

judgment on the pleadings under Rule 12(c) is GRANTED in its entirety. Additionally, Plaintiff's

request for leave to amend is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

  January 31, 2022

**RUBY J. KRAJICK**
_____
**Clerk of Court**

BY:     _K. mango_
_____
**Deputy Clerk**
